## TOLSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 60, September Term, 1963.]

*Decided December 10, 1963.*

Before the full Court.

PER CURIAM.

For the reasons set forth in the opinion of Judge Duckett in the lower court, the application for leave to appeal is denied.

*Application denied.*